160 So.2d 229

**Marcel CRIER, Simon Crier, Versie Crier, wife of Eastman Scott, and Ruth Crier, wife of Charles Hall,**

v.

**MARQUETTE CASUALTY COMPANY.**

No. 47093.

Feb. 14, 1964.

In re: Marcel Crier et al. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 159 So.2d 26.

The application is denied. On the facts found by the Court of Appeal there appears no error of law in the judgment complained of.